STATE of Missouri, Respondent,

v.

Martay GREENE, Appellant.

No. WD 67326.

Missouri Court of Appeals,
Western District.

April 29, 2008.

Joshua N. Corman, Jefferson City, MO, for Respondent.

James F. Speck, Kansas City, MO, for Appellant.

Before PAUL M. SPINDEN, Presiding Judge, JAMES M. SMART, JR., Judge and JOSEPH M. ELLIS, Judge.

### ORDER

PER CURIAM.

Martay Greene appeals from his convictions on one count of statutory rape in the first degree, § 566.032, and one count of statutory sodomy in the first degree, § 566.062. No jurisprudential purpose would be served by a formal written opinion. However, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. **Rule 30.25(b).**

STATE of Missouri, Respondent,

v.

Keith James HUCKABY, Appellant.

No. WD 66170.

Missouri Court of Appeals,
Western District.

April 29, 2008.

Margaret Mueller Johnston, Columbia, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Shaun Mackelprang and Karen Kramer, Office of Attorney General, Jefferson City, MO, for respondent.

Before VICTOR C. HOWARD, Chief Judge, PAUL M. SPINDEN, Judge, and RONALD R. HOLLIGER, Judge.

### ORDER

PER CURIAM.

Keith J. Huckaby appeals his conviction of endangering the welfare of a child in the first degree. We have reviewed the briefs of the parties and the record on appeal and find no error of law. A written opinion reciting the detailed facts and restating the applicable principles of law would have no precedential or jurisprudential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order. Judgment affirmed pursuant to Rule 30.25(b).